JEFFER, MANGELS, BUTLER & MARMARO LLP
J.T. WELLS BLAXTER (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Email: wblaxter@jmbm.com

Attorneys for Defendants
ROSEMEX, INC. and ROSEMEX LAB-VENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEK-AIR SYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSEMEX, INC., a Canadian Corporation, and ROSEMEX LAB-VENT, INC., a Canadian Corporation,<br><br>　　　　Defendants. | CASE NO.　C 06-3329 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT FOR DAMAGES** |

**IT IS AGREED** by and between Plaintiff and Defendants, through their respective counsel, that Defendants have an extension of time up to and including July 7, 2006, within which to answer or otherwise respond to the Complaint for Damages filed in this matter.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | DATED: June 16, 2006 | JEFFER, MANGELS, BUTLER & MARMARO LLP |

By: _____/S/_____
J.T. WELLS BLAXTER
Attorneys for Defendants
ROSEMEX, INC. and ROSEMEX LAB-VENT, INC.

DATED: June 16, 2006        GORDON-CREED, KELLEY, HOLL & SUGERMAN LLP

By: _____/S/_____
GEOFFREY GORDON-CREED
Attorneys for Plaintiff
TEK-AIR SYSTEMS, INC.

### [Proposed] ORDER

**IT IS HEREBY ORDERED**, in accordance with the foregoing Stipulation, that Defendants, Rosemex, Inc. and Rosemex Lab-Vent, Inc. have an extension of time within which to answer or otherwise respond to the Complaint for Damages up to and including July 7, 2006.

_____
HONORABLE WILLIAM H. ALSUP

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California*