IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEK-AIR SYSTEMS INC.,

    Plaintiff,

  v.

ROSEMEX INC., a California Corporation, and ROSEMEX LAB-VENT, INC., a Canadian Corporation,

    Defendants.

No. C 06-03329 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for four weeks. Please file a joint case management statement no later than August 10, 2006.

    **IT IS SO ORDERED.**

Dated: August 2, 2006.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE