1    JEFFER, MANGELS, BUTLER & MARMARO LLP
     J.T. WELLS BLAXTER (Bar No. 190222)
2    Two Embarcadero Center, Fifth Floor
     San Francisco, California 94111-3824
3    Telephone:    (415) 398-8080
     Facsimile:     (415) 398-5584
4    Email:        wblaxter@jmbm.com

5

6    Attorneys for Defendants
     ROSEMEX, INC. and ROSEMEX LAB-VENT, INC.

7

8                  UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11    TEK-AIR SYSTEMS, INC. | CASE NO.    C 06-3329 WHA |
| 12            Plaintiff, | |
| 13        v. | **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |
| 14    ROSEMEX, INC., a Canadian Corporation, and ROSEMEX LAB-VENT, INC., a Canadian | |
| 15    Corporation, | |
| 16            Defendants. | |

17

18          Counsel report that they have met and conferred regarding ADR and have reached

19    the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

20          The parties agree to participate in the following ADR process:

21        **Court Processes:**

22            ☐        Non-Binding Arbitration

23            ☑        Early Neutral Evaluation

24            ☐        Mediation

25            ☐        Private ADR

26       The parties agree to hold the ADR session by:

27            ☐        the presumptive deadline (*The deadline is 90 days from the date of the order*

28                   *referring the case to an ADR process unless otherwise ordered.)*

PRINTED ON

RECYCLED PAPER

518698v1

Stipulation and [~~Proposed~~] Order Selecting ADR Process
Case No. C 06 3329 WHA

1    ☑    other requested deadline  120 days after entry of order

2

3    DATED:  August 9, 2006                    JEFFER, MANGELS, BUTLER & MARMARO LLP

4

5                                              By: _____/S/_____
                                                          J.T. WELLS BLAXTER
6                                              Attorneys for Defendants ROSEMEX, INC. AND
                                               ROSEMEX LAB-VENT, INC.
7

8    DATED:  August 9, 2006

9

10

11                                             By: _____/S/_____
                                                          JEREMY SUGERMAN
12                                             Attorneys for Plaintiff TEK-AIR SYSTEMS, INC.

13                                    **ORDER**

14          Pursuant to the Stipulation above, the captioned matter is hereby referred to:

15          ☐    Non-Binding Arbitration

16          ☒    Early Neutral Evaluation

17          ☐    Mediation

18          ☐    Private ADR

19   Deadline for ADR session

20          ☒    90 days from the date of this order.

21          ☐    other _____

22

23   IT IS SO ORDERED.

24

25   DATED:  August 9, 2006                    _____
                                               WILLIAM ALSUP
26                                             UNITED STATES DISTRICT COURT JUDGE

27

28